AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kendall, Virginia M. | US District Court ND IL | 08/13/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

219 S. Dearborn - Chambers 2378
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Prairie Recreational Developments Inc. |
| 2. | Part Time Faculty | Northwestern University School of Law |
| 3. | Part Time Faculty | Loyola University Chicago School of Law |
| 4. | Part Time Faculty | University of Chicago School of Law |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/13/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Loyola University School of Law teaching salary | $24,000.00 |
| 2. | 2016 | University of Chicago School of Law teaching salary | $3,555.55 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Cristo Rey St. Martin College Prep Full-Time Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Litigation Section | January 7 - 10, 2016 | Naples, FL | Activity of professional association or civic organization | lodging, meals, transportation |
| 2. | ABA Litigation Magazine Board Meeting | February 18 - 24, 2016 | Santa Barbara, CA | Activity of professional association or civic organization | lodging, meals, transportation |
| 3. | Lawyers Without Boarders | March 13 - 19, 2016 | Nairobi, Kenya | Educational seminar or program | lodging, meals, transportation |
| 4. | ABA Rule of Law Committee | March 19 - 25, 2016 | Cairo, Egypt | Educational seminar or program | lodging, meals, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/13/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | FC Bar Association Conference | April 10 - 12, 2016 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |
| 6. | Kentucky Bench & Bar Conference | May 12 - 14, 2016 | Louisville, KY | Activity of professional association or civic organization | lodging, meals, transportation |
| 7. | American Law Institute Annual Meeting | May 17 - 19, 2016 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |
| 8. | FC Bar Association Conference | June 23 -25, 2016 | Nashville, TN | Activity of professional association or civic organization | lodging, meals, transportation |
| 9. | International Conservation Caucus Foundation | July 23 - 30, 2016 | Lusaka, Zambia | Educational seminar or program | lodging, meals, transportation |
| 10. | International Bar Association | September 20 - 21, 2016 | Washington, DC | Activity of professional association or civic organization | lodging, meals, transportation |
| 11. | Society of Jesus - Human Trafficking Conference | October 5 - 10, 2016 | Guwahati, India | Educational seminar or program | transportatation, lodging, meals |
| 12. | American Law Institute Model Penal Code Meeting | October 24 - 25, 2016 | New York, NY | Activity of professional association or civic organization | lodging, meals, transportation |
| 13. | NYU International Human Rights Judicial Seminar | November 11 - 12, 2016 | Manhasset, NY | Educational seminar or program | lodging, meal, transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Visa | credit card | K |
| 2. | Chase Visa | credit card | K |
| 3. | Capital One | credit card | J |
| 4. | Harris Bank | credit card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prairie Recreational Developments, Inc. | A | Interest | L | W | | | | | |
| 2. JPMorgan Chase Bank - accounts | A | Interest | J | T | | | | | |
| 3. JPMorgan Equity Index Fund | A | Dividend | J | T | Distributed (part) | 11/18/16 | J | B | |
| 4. JPMorgan Equity Index Fund | A | Dividend | J | T | Distributed (part) | 09/20/16 | J | B | |
| 5. JPMorgan Equity Index Fund | A | Dividend | J | T | Distributed (part) | 05/31/16 | J | B | |
| 6. Chase Trust 1 | D | Dividend | N | T | | | | | |
| 7. Chase Trust 2 | D | Dividend | J | T | | | | | |
| 8. JPMorgan Core Bond Fund | A | Dividend | J | T | | | | | |
| 9. Washington National Fixed Annuity | A | Interest | J | U | | | | | |
| 10. Columbia Fund Series Trust CL A | A | Dividend | J | T | Distributed (part) | 08/09/16 | J | B | |
| 11. JPMorgan US Money Market Reserve | A | Interest | J | T | | | | | |
| 12. Vanguard International Stock Index Fund | B | Dividend | K | T | Distributed (part) | 02/09/16 | K | | |
| 13. Vanguard Total Bond Market Index | A | Dividend | L | T | Distributed (part) | 02/09/16 | K | | |
| 14. Vanguard Total Stock Market Index | A | Dividend | M | T | Distributed (part) | 02/09/16 | L | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kendall, Virginia M.** | 08/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 4 & 5 The ████████ is an income beneficiary with no interest in the corpus of the trusts and therefore pursuant to Section 102(f)(2) of the Ethics in Government Act, no further information is required.

| Name of Person Reporting | Date of Report |
|---|---|
| Kendall, Virginia M. | 08/13/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Virginia M. Kendall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544